Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

FEB 10 2020

U.S. DISTRICT COURT
ELKINS WV 26241

Andre W Jackson

_____

_____

*Your full name*

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
**(*BIVENS* ACTION)**

Kleeh
Aloi
Williams

v.

Civil Action No.: __1:20 cv 23__
*(To be assigned by the Clerk of Court)*

Michael Weaver; John Breman; Bridgette Strawser; Eddie Anderson; Mrs. Wilson; Plaud Ricardo; Erika Meyers; Mrs. Groves; Danie Toe; Dr Smith; Thomas Duvall; Lt Tuttle; B. Harlow; Carrie Cunnagin; AW Messer; AW Greenville, AW Davis; Warden

*Enter above the full name of defendant(s) in this action*

Hudgins; Mr. Ujcic; officer Shanon; United States of America; Mid Atlantic office;

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Andre W Jackson  Inmate No.: 12904-028
      Address: Federal Correctional Institution Filmer,
      PO BOX 5000, Glenville, WV 26351-5000

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: _Michael Weaver_
     Position: _Assistant Health Services Administrator until 2019, then Nurse_
     Place of Employment: _F.C.I. Gilmer_
     Address: _PO BOX 6000, Glenville WV 26351_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _He was working as a
Federal Health Service Administrator until
January 2019, then was demoted to Registered
Nurse — all at F.C.I. Gilmer. Retaliation, Excessive force,
denial of medical access and treatment, false medical reports
to hide violations._

B.1   Name of Defendant: _John Bremer_
      Position: _EMT?_
      Place of Employment: _F.C.I. Gilmer_
      Address: _PO BOX 6000 Glenville WV
      26351_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _He was a medical
provider at F.C.I. Gilmer. Retaliation, denial
of medical access and treatment, false medical
reports to hide violations_

B.2   Name of Defendant: _Bridgette Strawser_
      Position: _Nurse_
      Place of Employment: _F.C.I. Gilmer_
      Address: _PO BOX 6000, Glenville, WV
      26351_

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _She was a medical provider at F.C.I. Gilmer. Retaliation, denial of medical Aids & devices, denial of medical treatments, false medical reports to hide violations_

B.3    Name of Defendant: _Eddie Anderson_
Position: _Doctor_
Place of Employment: _F.C.I. Gilmer_
Address: _Po Box 6000, Glenville, WV 26351_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Practiced medicine at F.C.I. Gilmer. Retaliation, denial of medical devices and treatments, false medical records to hide violations_

B.4    Name of Defendant: _Mrs. Wilson_
Position: _PA_
Place of Employment: _F.C.I. Gilmer_
Address: _PO Box 6000, Glenville, WV 26351_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Medical provider at F.C.I. Gilmer. Retaliation, denial of medical devices and treatments, false medical records to hide violations._

Attachment # 1

B. 6 _____ defendant:

Name: _Erika Myers_____

Official position: _MPT_____

Place of employment: _F.C.I Gilmer, po box ___ Glenville, WV___
_____26351_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Provided medical treatment, Retaliation,
denial of medical Devices and treatment, Failed inmate
records to hide violations.

B. 7 _____ defendant:

Name: _Mrs. _____

Official position: _Health Service Administrator___
_____F.C.I. Gilmer  po Box ____.__

Place of employment: _Glenville, WV  26351____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

provided medical treatment, Retaliation, enforcing
long-term denial of proper medical fl devices, issue
of medical treatment, False medical Records to
hide violations.

Attachment # 1

B.8 _____ defendant:

Name: _Davier True_____

Official position: _Pharmacy_____

Place of employment: _FCI Gilmer, PO Box 6000,
Glenville WV 26351_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Medicine dispensing - or refusal to provide
medicine, Retaliation, denial of Medication,
False medical records to hide violations_

3.9 _____ defendant:

Name: _Dr. Smith_____

Official position: _Doctor_____

Place of employment: _FCI Gilmer PO Box 6000 Glenville WV
26351_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Medical Provider, Retaliation, denial of medical
services and treatment, False medical Records
to hide violations_

Attachment #1

B.10 _____ defendant:

Name: Thomas DuVall

Official position: PHD - Mental Health

Place of employment: F.C.I. Gilmer, PO BOX 6000, Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Mental Health Provider, Retaliation, denial of Medical devices, false mental health reviews, endorsing medical abuse, breach of duty to not ongoing abuse

B.11 _____ defendant:

Name: L.T. Tuttle

Official position: LT - security

Place of employment: F.C.I. Gilmer, PO BOY 6000, Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Security of F.C.I. Gilmer, Retaliation, Inmate to inmate assaults

Attachment # 1

B.12 _____ defendant:

Name: B. Harlow _____

Official position: Nurse _____

Place of employment: F.C.I. Gilmer, Po BOX 6000, Glenville, WV 26351 _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

nurse medical provider. Retaliation, denial of medical services, treatments, and false medical Records to hide violations

B:13 _____ defendant:

Name: Carrie Cunnagin _____

Official position: Doctor _____

Place of employment: F.C.I. Gilmer, Po BOX 6000, Glenville, WV 26351 _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

medical provider, Retaliation, denial of medical services and treatment, false medical Records to hide violations

Attachment #2

B.14_____ defendant:

Name: Mr. Messer

Official position: Assistant Warden

Place of employment: F.C.I. Gilmer, PO Box 6000, Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Assistant Warden. Retaliitory denial of process for Grievances allowing long term medical Abuse. Excessive force, Discrimination, and false records to hide violations

B.15_____ defendant:

Name: Mr. Greenville.

Official position: Assistant Warden

Place of employment: F.C.I. Gilmer, PO Box 6000, Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Assistant Warden. Retaliitory denial of process for Grievances, allowing long term medical abuse, Excessive force, Discrimination, and false records to hide violations.

Attachment #1

B.16 _____ defendant:

Name: Davis

Official position: Assistant Warden

Place of employment: F.C.I. Gilmer, PO BOX 6000 Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Assistant Warden, Retalitory denial of process of grievances, allowing long term medical Abuse, Excessive force, Discrimination, and False Records to hide violations.

B.17 _____ defendant:

Name: Mr. Hudgins

Official position: Warden

Place of employment: F.C.I. Gilmer, PO Box 6000 Glenville, WV 26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Warden, Retal. of process of grievance processing, allowing long term medical Abuse that did cause injury, Faked medical Records to hide violations, allowing discrimination and conspiracy to violate Civil Rights.

Attachment #1

B.18 _____ defendant:

Name: _Mid Atlantic Office_____

Official position: _Grievance Processing_____

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Process Grievances, open Investigations, Retaliation,_
_False Reports to cause damages to access the court,_
_allowed ongoing mental Abuse, helped hide_
_the abuse by abusing Authority and ignoring_
_reports of Abuse._

B.19 _____ defendant:

Name: _United States of America_____

Official position: _owners of the Plaintiff_____

Place of employment: _United States of America_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_The United States of America controls all_
_aspects of Plaintiff the FTCA claims for Excessive_
_Force and for all other claims_

Attachment # 1

B. 20        defendant:

Name: Mr. S. Ujcic

Official position: Education

Place of employment: F.C.I. Gilmer, P.O. Box 6000, Glenville, WV  26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

education teacher and security. Retaliatory Medical Abuse by forcing Plaintiff to walk through metal Detectors with no medical aide, Discrimination for filing grievances and being Black, excessive force

S. 21        defendant:

Name: Officer Shanon

Official position: Education Security

Place of employment: F.C.I. Gilmer, P.O. Box 6000, Glenville, WV  26351

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Education security, Retaliatory Medical Abuse by forcing Plaintiff to walk through metal Detectors with no medical aide, Discrimination for filing grievances and being Black, Excessive force.

**Attachment A**

B.5   Name of Defendant: _Plaud Ricardo_

Position: _Medical Doctor_

Place of Employment: _F.C.I. Gilmer_

Address: _Po Box 6000, Glenville WV 26351_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Medical provider_
_at F.C.I. Gilmer, Retaliation, denial of_
_medical sources and treatment, false medical_
_records to hide violations._

see Attachment # 1 for more defendants.

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Federal Correctional Institution Gilmer_

A.    Is this where the events concerning your complaint took place?
       ☑ Yes        ☐ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
       ☑ Yes        ☐ No

D.    If your answer is "NO," explain why not: _____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 12/13/2018, denied, = Appealed see Exhibit A3 and A4

LEVEL 2 4/15/2019, denied, I appealed, see Exhibit A2

LEVEL 3 6/12/2019, denied I'm done. see Exhibit A1

IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?         ☐ Yes         ☒ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
     *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
     _____
     _____
     _____

5.   Name of Judge(s) to whom case was assigned:
     _____

6.   Disposition: _____
     *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

8.     Approximate date of disposition. Attach Copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
         ☐ Yes     ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.     Did you exhaust available administrative remedies?
         ☐ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

_____

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.  Name and location of court and case number:

    _____

    _____

    _____

3.  Grounds for dismissal:    ☐ frivolous    ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.  Describe what each defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Please see Attachment #2, section I for "Statement of Claim", and section II for Claim One.

_____

_____

_____

Supporting Facts: _____

**Attachment A**

CLAIM 2: _____

_____

_____

_____

    Supporting Facts: _____

_____

_____

_____

CLAIM 3: _____

_____

_____

_____

    Supporting Facts: _____

_____

_____

_____

CLAIM 4: _____

_____

_____

_____

    Supporting Facts: _____

_____

Attachment A

_____
_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Please see Attachment #2, section III on page 25. However, in short, physical damages, damage to rehabilitation rights, Privacy Act monts 552(c), mental health; was caused by Intentional Infliction of Emotional Distress, and current ongoing denial of accomodations for a disabled person causing "current" pain, suffering, and constant injuries being hidden presently.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. _Make no legal arguments. Cite no cases or statutes._

please see Attachment #2, section III on page 25. However, in short, Plaintiff ask for 10 million for Punitive and Compensatory damages, and also _____ Injunctive _____.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _F.C.J. Gilmen_ on _2/1/2020_.
           (Location)                   (Date)

_Andrew W. Jackson_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Andre W Jackson
_____

*Your full name*

v.

Micheal Weaver, et al,
_____

Civil Action No.: 1:20cv23

_____

_____

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Andre W Jackson (your name here), appearing *pro se*, hereby certify that I have served the foregoing Bivens, in Forma pauperus, and Shield (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 1/30/2020 (insert date here): Dist Court, west Virginia. Po Box 1578, Elkins, WV 26241-1578

(List name and address of counsel for defendant(s))

X Andre W. Jackson
(sign your name)