Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

*Andre Walter Jackson*

_____

*Your full name*

v.

*Micheal Weaver et al*

*Bridjett Strawser*

*Lt. Tuttle*

*Eddie Anderson*

_____

*Enter above the full name of defendant(s) in this action*

# AMENDED

## FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)

Civil Action No.: ___1:20 cv 23___
*(To be assigned by the Clerk of Court)*

**FILED**

**MAY 18 2021**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## I.      JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.      PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: *Andre W. Jackson* Inmate No.: *12904-028*
Address: *Gilmer F.C.I. P.O. Box 6000,*
*Glenvill W.V. 26351,*

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant: *Micheal Weaver*
Position: *Administrative Nurse*
Place of Employment: *Gilmer F.C.I. Health Care Unit*
Address: *Glenvill W.V. 26351 P.O.Box 6000.*
*See Attachment*

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: *See Attachment*

B.1   Name of Defendant: *Bridgett Strawser "Tuttle"*
Position: *Nurse R N.*
Place of Employment: *Gilmer F C I. Health Care Unit*
Address: *Glenvill W.V. 26351 P.O.BOX 6000*
*See Attachment*

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," briefly explain: *See Attachment*

B.2   Name of Defendant: *Eddie Anderson*
Position: *Medical Doctor*
Place of Employment: *Gilmer F.C.I. Health Care Adm Unit*
Address: *Glenvill W.V. 26351 P.O.Box 6000*
*See Attachment*

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: *See Attachment*

_____

_____

_____

_____

B.3   Name of Defendant: *Lt. Tuttle*
Position: *Luetinant Officer*
Place of Employment: *Gilmer F.C.I. P.O. Box 6000*
Address: *Glenville W.V. 26351.*

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: *See Attachment*

_____

_____

_____

_____

B.4   Name of Defendant: *C/o Shanhan*
Position: *Education Security Officer*
Place of Employment: *Gilmer F.C.I., P.O. Box 6000*
Address: *Glenvill W.V. 26351*
*See Attachment*

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?     ☒ Yes          ☐ No

If your answer is "YES," briefly explain: *See Attachment*

_____

_____

_____

_____

**Attachment A**

B.5   Name of Defendant: _Mr. Ujic_

Position: _Education_

Place of Employment: _Gilmer F.C.I P.O. Box 6000_

Address: _Glenvill W.V. 26351._

_SEE Attachment_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes       □ No

If your answer is "YES," briefly explain: _SEE Attachment_

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _Gilmer F.C.I_

A.   Is this where the events concerning your complaint took place?

☒ Yes    □ No

If you answered "NO," where did the events occur?

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   □ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?

☒ Yes    □ No

D.   If your answer is "NO," explain why not: _____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 *Refered To Appropiate department For Further Reivew.# 1037474*

LEVEL 2 *Regional Director Goverued by Prosram StaTemewT 3420.11 #/1037474*

LEVEL 3 *Refered To AnoTher Componet of The Bureau of Prisons #/1037474*

IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☐ Yes        ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.  Court: _____
    *(If federal court, name the district; if state court, name the county)*

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____
    _____
    _____
    _____

5.  Name of Judge(s) to whom case was assigned:
    _____

6.  Disposition: _____
    *(For example, was the case dismissed?  Appealed?  Pending?)*

7.  Approximate date of filing  lawsuit:_____

**Attachment A**

8.     Approximate date of disposition. Attach Copies:_____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
     □ Yes      □ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

E.     Did you exhaust available administrative remedies?
     ☒ Yes      □ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.     Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
     ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: *Defendants Violated ADA. See Attachment.*

_____

_____

_____

_____

Supporting Facts: *Defendants have Arbitrarily Took The Plaintiff*

Attachment A

Wheelchair in Violation of ADA. SEE ATTACHMENT.

CLAIM 2: Defendant Violated the Plaintiff Eight Amendment Constitutional Right. SEE ATTACHMENT.

Supporting Facts: Defendant took the Wheelchair From Plaintiff Resulted in Injuries. SEE Attachments.

CLAIM 3: Defendant Violated the Plaintiff First Amendment Constitutional Right. SEE Attachment

Supporting Facts: The Defendant Falsesified A disciplanary Infraction in Retaliation For the Plaintiff Exercising his First Amendment Right. SEE Attachment.

CLAIM 4: Defendant Physical Assaulted the Plaintiff For Execiseing First Amendment Right Resulted in A Violation of the Eight Amendment. SEE Attachment.

Supporting Facts: The defendant Michenl Weaver Assaulted Plaintiff. SEE Attachment.

Attachment A

CLAIM 5: The Plaintiff were deprived of his First, and Fifth Amendments Constitutional Right, See Attachment.

Supporting Facts: Defendant has prevented the Plaintiff from exerciseing his First Amendment Right to use the Prison Administration Remedy, in Violation of the Plaintiff Fifth Amendment Right. (See Attachment)

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Injuries began when the wheelchair was Taken. That caused Spasms from my Neck to lower back, Thighs Calves, Falling with walker, Concrete on Compound not handicap accessible. Walkers create Muckle Spasms, 3 Surgeries add to Complications, lack of Therapy and being forced to strian useing walkers, hess, Knees, hips, Ankles are not strong. For 6'4, 385lb Chronic Care Disabled U.S. Army Veteran with deteriorating Osteodegenerative Arthritis, Intense Pain, Depression, worse.

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I humbly Request this Honorable Court to clearly see my Physical, mental condition is worse. Serving my sentence is harder due to injuries and continue Pain and Depression, still wheelchair bound at 61. I ask this Court to respectfully Award $5,000,000,00 dollars for this suffering.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Gillmer F.C.I_____ on _May, 17TH 2021,_____.

                (Location)                      (Date)

_Andre W. Jackson_____

Your Signature